No. 387. CALIFORNIA *v.* GREEN. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. *Thomas C. Lynch,* Attorney General of California, and *William E. James,* Assistant Attorney General, for petitioner.

No. 242. PEREZ *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Vincent Hallinan* for petitioner. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Derald E. Granberg* and *Gloria F. DeHart,* Deputy Attorneys General, for respondent.

No. 504. DONALDSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Robert S. Bailey* for petitioner. *William J. Scott,* Attorney General of Illinois, and *Joel M. Flaum* and *Thomas J. Immel,* Assistant Attorneys General, for respondent.

No. 567. METTLER ET UX. *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. *McPherson Berrien E. Moore* for petitioners. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *James L. Markman,* Deputy Attorney General, for respondent.

No. 627. MARINE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *David P. Schippers* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.